GLENN S. LEON
Chief
Fraud Section, Criminal Division
United States Department of Justice

CHRISTOPHER FENTON
MATTHEW REILLY
BLAKE GOEBEL
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 320-0539
Email:   Christopher.Fenton@usdoj.gov
         Matthew.Reilly2@usdoj.gov
         Blake.Goebel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 20, 2022, 7:36pm
John A. Mannle, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00093-01 JMS |
|---|---|---|
| Plaintiff, | ) | MOTION TO DETAIN DEFENDANT WITHOUT BAIL |
| vs. | ) | |
| CURTISS E. JACKSON, (01) | ) | |
| Defendant. | ) | |

MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain the above named defendant without bail, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   The defendants are eligible for detention because the case involves (check all that apply):

    ___   a.   Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

    ___   b.   Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    ___   c.   Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ___   d.   A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

    ___   e.   Crime of violence (3142(f)(1)(A))

    ___   f.   Maximum sentence life imprisonment or death (3142(f)(1)(B))

    ___   g.   10+ year drug offense (3142(f)(1)(C))

    ___   h.   Felony, with two prior convictions in above categories (3142(f)(1)(D))

    ___   i.   Felony not otherwise a crime of violence involving a minor victim (3142(f)(1)(E))

    ___   j.   Felony not otherwise a crime of violence involving the possession or use of a firearm, destructive device, or dangerous weapon (3142(f)(1)(E))

|     |     |     |
| --- | --- | --- |
| ___ | k. | Felony not otherwise a crime of violence involving a failure to register under 18 U.S.C. ' 2250 (3142(f)(1)(E)) |
| _X_ | l. | Serious risk defendant will flee (3142(f)(2)(A)) |
| _X_ | m. | Danger to other person or community ** |
| _X_ | n. | Serious risk obstruction of justice (3142(f)(2)(B)) |
| _X_ | o. | Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B)) |

\*   requires "l" or "m" additionally

\*\*  requires "a," "b," "c," or "d" additionally

2.  <u>Reason for Detention</u>.  The court should detain the defendants (check all that apply):

|     |     |     |
| --- | --- | --- |
| _X_ | a. | Because there is no condition or combination of conditions of release which will reasonably assure defendants' appearance as required (3142(e)) |
| _X_ | b. | Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e)) |
| ___ | c. | Pending notification of appropriate court or official (not more than 10 working days (3142(d)) |

Case 1:22-cr-00093-JMS   Document 5   Filed 10/20/22   Page 4 of 5   PageID.51

3. <u>Rebuttable Presumption</u>.  A rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendants as required and the safety of the community arises under Section 3142(e) because (check all that apply):

    ___ a.  Probable cause to believe defendants committed 10+ year drug offense

    ___ b.  Probable cause to believe defendants committed an offense under 18 U.S.C. '924(c)

    ___ c.  Probable cause to believe defendants committed an offense under 18 U.S.C. '956(a) or 2332b

    ___ d.  Probable cause to believe defendants committed 10+ year offense listed in 18 U.S.C. '2332b(g)(5)(B)

    ___ e.  Probable cause to believe defendants committed an offense involving a minor victim listed in 18 U.S.C. '3142(e)

    ___ f.  Previous conviction for eligible offense committed while on pretrial release

//

//

//

//

//

//

4

   4. <u>Time for Detention Hearing</u>. The United States requests that the court conduct the detention hearing:

    ___ a. At first appearance

    _X_ b. After continuance of _3_ days (not more than 3)

  DATED: October 21, 2022, at Honolulu, Hawaii.

          Respectfully submitted,

          <u>/s/ Christopher Fenton</u>
          Christopher Fenton
          Trial Attorney